FILED
CLERK US DISTRICT COURT
JAN - 3 2002
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**KEVIN RAYMOND HACKIE, et al.,**

**PLAINTIFF,**

**VS.**

**CITY OF LOS ANGELES, et al.,**

**DEFENDANTS.**

**CV 01-04940 FMC (RZx)**

**ORDER OVERRULING PLAINTIFFS' EVIDENTIARY OBJECTIONS; ORDER DENYING PLAINTIFFS' DECEMBER 19, 2001, MOTION FOR SUMMARY JUDGMENT**

ENTERED ON ICMS
JAN 4 2002
CV

This matter is before the Court on Plaintiffs' Evidentiary Objections and Plaintiffs' Motion for Summary Judgment filed on December 19, 2001 (docket #77).[1] For the reasons stated below, the Court hereby **OVERRULES** plaintiffs' evidentiary objections, and hereby **DENIES** plaintiffs' Motion for Summary

[1] This is plaintiffs' second Motion for Summary Judgment. Plaintiff Hackie's first Motion for Summary Judgment (docket #47), was denied on December 21, 2001.

96

Judgment.[2]

Plaintiffs filed a seventy-page document captioned "Evidentiary Objections to Supplemental Declaration of Nicole C. Bershon."[3] The declaration outlines the areas in which defendants must take discovery in order to be prepared to oppose plaintiff Hackie's first Motion for Summary Judgment. The Court has reviewed the declaration and finds it unobjectionable. Accordingly, plaintiffs' evidentiary objections are overruled.

On December 21, 2001, the Court denied plaintiff Hackie's first Motion for Summary Judgment (docket #47) as premature in light of defendant's need for discovery. Plaintiffs filed the second Motion for Summary Judgment on December 19, 2001, while the first Motion was still under submission.[4] The filing of the second Motion for Summary Judgment while the first was still under submission was unnecessary and is wasteful of the Court's time.

At least as of December 21, 2001, it had been established in this case that a motion for summary judgment by plaintiffs before defendants complete their discovery is premature. Plaintiffs' second Motion for Summary Judgment is

---

[2] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for January 28, 2001, is removed from the Court's calendar.

[3] The supplemental declaration was only 8 pages (20 paragraphs) in length. The document filed by plaintiff violates Local Rule 11-6, which, absent prior leave of Court, imposes a 25-page limit on documents filed with the Court.

[4] In an earlier Order, the Court indicated that it considered the first Motion for Summary Judgment to be premature. The Court deferred ruling on the Motion, however, until defendants' counsel submitted her declaration regarding discovery that would be required in order to oppose the summary judgment Motion.

therefore denied. Filing of future motions for summary judgment before discovery is complete or the filing of documents that violate the Local Rules may result in the imposition of sanctions against plaintiffs' counsel.

Dated: January 2, 2002

FLORENCE-MARIE COOPER, Judge
UNITED STATES DISTRICT COURT

SCANNED